UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 1:06-CR-228-01

v.

Hon. Richard Alan Enslen

ROBIN MARIE TRUMBULL,

**ORDER**

        Defendants.
_____/

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge filed July 6, 2007, is **APPROVED AND ADOPTED** as the Opinion and Findings of this Court.

2. Defendant Robin Marie Trumbull's plea of guilty to the Indictment is accepted. Defendant Robin Marie Trumbull is adjudicated guilty.

                                        /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
    August 30, 2007              SENIOR UNITED STATES DISTRICT JUDGE